## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A FEDEX PARCEL ADDRESSED TO HASSAN MOHAMED BEARING TRACKING NUMBER 276572971684 | No. 2:24-mj-225-KFW |

## AFFIDAVIT IN SUPPORT OF APPLICATION

I, Joel Braillard, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application under Rule 41 of the

Federal Rules of Criminal Procedure for a warrant to search the parcel further described

in Attachment A (hereinafter, the "Target Parcel"), for the things described in

Attachment B. This affidavit is intended to show only that there is sufficient probable

cause for the requested warrant.

2.      I am a Special Agent with Homeland Security Investigations (HSI) and

have been so employed since 2009. I am currently assigned to the Office of the Resident

Agent in Charge, Portland, Maine. I am a graduate of the Federal Law Enforcement

Training Center's Criminal Investigator Training Program and HSI Special Agent

Training. I have participated in numerous criminal investigations, to include matters

involving narcotics and controlled substances. In my law enforcement career, I have

conducted or participated in numerous drug-trafficking investigations and have drafted

drug related search and arrest warrants. I have also assisted in the execution of

numerous search and arrest warrants in which controlled substances, drug

paraphernalia, and other contraband was found. Through my training and experience, I

have become familiar with the habits, methods, routines, practices, and procedures

commonly employed by persons engaged in the trafficking of illegal drugs. The facts and information contained in this affidavit are based on my personal knowledge, as well as that of other law enforcement officers involved in this and similar investigations.

### PROBABLE CAUSE

3.      On July 2, 2024, HSI received information from an employee at FedEx regarding a suspicious parcel (the "Target Parcel") that had been held by FedEx at a FedEx facility in Portland, Maine.

4.      On July 2, 2024, I, along with HSI Special Agent Eric Tracy, met with a FedEx Employee ("FedEx Employee #1") at the FedEx Center in Portland, Maine. FedEx Employee #1 stated that he was contacted by a Fedex Senior Security Specialist and asked to hold and inspect the Target Parcel.  FedEx Employee #1 stated that he and another FedEx employee opened the Target Parcel and observed multiple diapers inside. FedEx Employee #1 observed two brick packages concealed within the diapers. FedEx Employee #1 stated that he and the other employee took photographs of the brick packages, then repackaged, and sealed the Target Parcel because they were concerned about the contents inside. FedEx Employee #1 provided me with photographs of the brick packages, which appear below:

 

5.      Based on my training and experience, distributors of controlled substances often ship controlled substances via parcel delivery services such as FedEx. The above photograph appears to show a white powdery substance compressed into a brick, which is consistent with the appearance of controlled substances including but not limited to cocaine and fentanyl. In addition, the above photograph appears to show the compressed bricks wrapped in plastic and/or tape which is consistent with common methods used by controlled substance distributors to package and ship-controlled substances. The brick depicted in the above photograph appears to be stamped with the letters "DM" with a slash graphic. Although I am not familiar with that marking, I am aware that drug distributors often stamp bricks of controlled substances with a logo, brand, or similar marking. Accordingly, there is probable cause to believe that the Target Parcel contains controlled substances.

6.      FedEx Employee #1 released the sealed Target Parcel to SA Tracy and I, which we secured in the offices of HSI in Portland, Maine, pending the application of the requested Search Warrant.

7.      I observed a FedEx shipping label affixed to the Target Parcel listing tracking number 276572971684. The shipping label is addressed to "HASSAN MOHAMED FEDEX AT WALGREENS 19802, 430 SABATTUS ST LEWISTON, ME 04240." This shipping label also lists the return address or shipper address as IDERES ABDULKADER ALI 75 HOWARD ST APT 2 LEWISTON, ME 04240.

8.      In addition, because the Target Parcel is in HSI custody, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

## CONCLUSION

9.      I submit that this affidavit supports probable cause for a warrant to search

the Target Parcel described in Attachment A and seize the items described in

Attachment B.

_____
Joel Braillard, Special Agent,
Homeland Security Investigations


Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedures

Date: _____Jul 03,2024_____

City and state: _____Portland, Maine_____

_____
Judge's signature

David M. Cohen, U.S. Magistrate Judge
Printed name and title

4